IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| Michael Aaron Williams, #355065, | Case No. 5:20-cv-00363-RMG |
| Plaintiff, | |
| v. | **ORDER** |
| William Eagleton, *et al.*, | |
| Defendants. | |

This matter is before the Court on the Report and Recommendation ("R&R") of the Magistrate Judge (Dkt. No. 65) recommending that the Court dismiss Plaintiff's complaint with prejudice for failure to prosecute. On October 30, 2020, Defendants filed a motion for summary judgment. (Dkt. No. 58). On November 3, 2020, the Magistrate Judge, pursuant to *Roseboro v. Garrison*, 528 F.2d 309 (4th Cir. 1975), advised Plaintiff of the dismissal and summary judgment procedures and the possible consequences if he failed to respond adequately. (Dkt. No. 59). Plaintiff failed to respond to the motion and the Magistrate Judge ordered Plaintiff, on February 9, 2021, to advise the Court whether he wished to continue with the case and to file a response to Defendants' motion for summary judgment. (Dkt. No. 63). Plaintiff did not respond and on March 10, 2021, the Magistrate Judge issued an R&R, (Dkt. No. 65), recommending this action be dismissed with prejudice pursuant to Fed. R. Civ. P. 41(b). To date, Plaintiff has not responded to the R&R or otherwise communicated with the Court. Thus, having reviewed the R&R, and having found that the Magistrate Judge correctly determined that Plaintiff's complaint should be dismissed for failure to prosecute, the Court **ADOPTS** the R&R (Dkt. No. 65) as the order of the Court and **DISMISSES** Plaintiff's complaint with prejudice for failure to prosecute.

**AND IT IS SO ORDERED.**

-2-

                                                               <u>s/ Richard Mark Gergel</u>
                                                               United States District Judge

April 7, 2021
Charleston, South Carolina